UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-14996 |
| | ) | |
| Global Sourcing Connection, Ltd., | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO LEAF, DAHL AND COMPANY, LTD, ACCOUNTANTS FOR GLOBAL
SOURCING CONNECTION, LTD FOR ALLOWANCE AND PAYMENT OF INTERIM
AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $4,200.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $434.25 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $3,765.75 | TOTAL COSTS ALLOWED: | $ 0.00 |

TOTAL FEES AND COSTS ALLOWED: $3,765.75

The attached time and expense entries have been underlined to reflect disallowance in whole or in part.  The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry.  The numerical notations correspond to the enumerated paragraphs below.

(1)    Insufficient Description – TOTAL of disallowed amounts: $177.50

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered.  *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted]. Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-09 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

(2)    Improper Time Increments for Billing – TOTAL of disallowed amounts: $164.25

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour."  *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.).  This penalty will be imposed where time increments larger than one-tenth of an hour are being used.  For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

(3)    <u>Duplication of Services – TOTAL of disallowed amounts: $92.50</u>

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional.  *See* 11 U.S.C. § 330(a)(4)(A)(i).  Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way.  *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services.  If found in the record, such duplication shall be disallowed by the court as unnecessary.").  It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation.  *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303; *But see In re MEP Infrastructure Sols., Inc.*, 654 B.R. 922, 925 (Bankr. N.D. Ill. 2023) (Goldgar, J.) (incorrectly citing *In re Stainless Sales Corp.*, Case No. 17 B 3148, 2017 WL 2829675, at *2 (Bankr. N.D. Ill. June 27, 2017) (Barnes, J.) for the proposition that intra-office meetings between multiple lawyers are never compensable when *Stainless* cites to *Pettibone* for the foregoing—that an application must "adequately demonstrate[] that each attorney present contributed in some meaningful way" and thus satisfy 11 U.S.C. § 330(a)(3)(D) by demonstrating that the meeting is "necessary" or "beneficial" and must have taken a "reasonable amount of time.").

Dated: **September 25, 2024**

_____
Timothy A. Barnes, Judge
United States Bankruptcy Court

**GLOBAL SOURCING CONNECTION LTD**

YEAR     2024

| DATE | STAFF | TIME HOURS | | | | Work |
|---|---|---|---|---|---|---|
| 1-Feb | JND | 0.50 | | | | MISC. CORRESPONDENCE RE INFO AND OTHER RELATED BANKRUPTCY MATTERS 2/29/24 (1) Insufficient Description |
| 8-Feb | JND | 0.50 | | | | CONFERENCE CALL W/BANKRUPTCY ATTY & JA RE VARIOUS ACCOUNTING AND TAX MATTERS 2/29/24 |
| 2-May | JND | 0.75 | | | | MISC. CORRESPONDENCE RE SUBPOENA'S RECEIVED 12/31/24 (2) Improper Time Increments for Billing |
| 15-May | JND | 0.50 | | | | PREP VARIOUS SCHEDULES RE LOANS MADE TO ENTITY BY ARENSONS FOR BANKRUPTCY & PRELIM 2023 YE WORK 12/31/24 |
| 10-Jun | JND | 0.50 | | | | MISC. ACCOUNTING AND PRELIMINARY 2023 YE ACCOUNTING 12/31/23 |
| 25-Jun | JND | 0.50 | | | | RESPOND TO SUMMONS REQUESTS FROM ATTORNEYS RE GSC LEASE LAWSUIT 12/31/24 |
| 9-Jul | JND | 0.75 | | | | MISC. ACCOUNTING AND PRELIMINARY 2023 YE ACCOUNTING 12/31/23 (2) |
| 4-Aug | JND | 0.50 | 4.50 | 335.00 | 1,507.50 | CONF CALL W/ MA & JA RE STATUS OF 2023 YE ACOUNTING & BANKRUPTCY ISSUE 12/31/2023 |
| | | | | | | |
| 6-Feb | NB | 0.25 | | | | RESEARCH AND RESPOND TO EMAILS 2/29/24 (2) |
| 8-Feb | NB | 0.50 | | | | PROCESS P/R, DOWNLOAD P/R REPORTS 2/29/24 |
| 22-Feb | NB | 0.50 | | | | PROCESS P/R 2/29/24 |
| 11-Mar | NB | 0.50 | | | | PROCESS P/R, P/R CORRESPONDENCE 3/31/24 |
| 25-Mar | NB | 0.50 | | | | PROCESS & RESPOND TO EMAILS, T/C W/JENNIFER, PROCESS P/R 3/31/24 |
| 9-Apr | NB | 0.50 | | | | PROCESS P/R 4/30/24 |
| 24-Apr | NB | 0.50 | | | | PROCESS P/R 4/30/24 (3) Duplication of Services |
| 2-May | NB | 0.50 | | | | SUMMONS SERVED 4/30/24 |
| 9-May | NB | 0.75 | | | | PROCESS P/R 5/31/24 (2) |
| 13-May | NB | 0.50 | | | | DISCUSS & GATHER INFO FOR SUMMONS 5/31/24 |
| 14-May | NB | 0.75 | | | | REVIEW BOTH QB VERSIONS AND INFO IN Q DRIVE 12/31/23 (2) |
| 15-May | NB | 0.50 | | | | SEND INFO THRU DROPBOX 5/31/24 |
| 16-May | NB | 0.75 | | | | REVIEW Q DRIVE AND QB ONLINE FOR 2023 INFO, TALK TO BARB 12/31/23 (2) |
| 23-May | NB | 1.25 | | | | PROCESS P/R, 2023 INCOME - CASH BASIS 5/31/24 (2) |
| 29-May | NB | 0.50 | | | | P/R INFORMATION FOR JENNIFER 5/31/24 |
| 10-Jun | NB | 0.50 | | | | PROCESS P/R, P/R CORRESPONDENCE 6/30/24 |
| 24-Jun | NB | 0.50 | | | | PROCESS P/R 6/30/24 |
| 25-Jun | NB | 0.75 | | | | GATHER INFO AND SUBMIT WC AUDIT 6/30/24 (2) |
| 22-Jul | NB | 0.50 | | | | REVIEW INFO FOR LIBERTY MUTUAL AUDIT & SUBMIT 7/31/2024 |
| 25-Jul | NB | 0.75 | | | | PROCESS PAYROLL, REVIEW QB 7/31/2024 (2) |
| 8-Aug | NB | 0.50 | | | | PROCESS P/R 8/31/24 |
| 20-Aug | NB | 1.00 | | | | REV8IEW QB & 2023 ACTIVITY 12/31/2023 |
| 26-Aug | NB | 0.50 | | | | PROCESS P/R 8/30/24 |
| 27-Aug | NB | 0.50 | | | | PAYROLL CORRESPONDENCE |
| 9-Jul | NB | 0.75 | 15.00 | 185.00 | 2,775.00 | PROCESS PAYROLL PTO ISSUES 7/31/2024 (2) |
| | | | | | | |
| 26-Mar | NCE | 0.50 | 0.50 | 225.00 | 112.50 | FILED WA ANNUAL REPORT 12/31/24 |
| | | 20.00 | 20.00 | | 4,395.00 | |
| | | | | | (195.00) | Less: Allowance |
| | | | | | 4,200.00 | |